UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05** CR **10115** JLT |
| | ) | Criminal No. |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. JOSE MORALES, | ) | |
|     a/k/a Juan Rivera | ) | |
|     a/k/a "Gordo," | ) | |
|     a/k/a "Melvin," | ) | 21 U.S.C. §§ 846 and |
| 2. LUIS MORALES, | ) | 841(a)(1)- Conspiracy |
|     a/k/a "Gallito," | ) | to Distribute Heroin |
| 3. JOSÉ LUIS FIGUEROA-RAMOS | ) | |
|     a/k/a Wilfredo Ofarrill, | ) | 21 U.S.C. §§ 841(a)(1) and |
|     a/k/a "Nelson," | ) | - Possession With Intent to |
|     a/k/a "Sonny," | ) | Distribute Heroin |
| 4. DIXON PEREZ, | ) | |
|     a/k/a "Nelson," | ) | 21 U.S.C. §§ 841(a)(1) and |
|     a/k/a "Mario," | ) | 860 - Distribution of Heroin |
| 5. JOSÉ NICHOLSON, | ) | Within 1,000 Feet of a School |
|     a/k/a "Jaiva," | ) | Zone and 100 Feet of a Video |
| 6. ROBERT MEDEIROS, | ) | Arcade |
|     a/k/a "Bobby," | ) | |
| 7. MIGUEL CASADO, | ) | 21 U.S.C. § 841(a)(1) - |
|     a/k/a "Chulo" | ) | Distribution of Heroin |
| 8. HERMAN M. MELO, | ) | |
| 9. BRIAN P. KEENAN, | ) | 8 U.S.C. § 1326(a) - Unlawful |
| 10. DAVID R. ROSANINA | ) | Entry After Deportation |
| 11. WILFREDO TORRES | ) | |
|     a/k/a "Willow" | ) | 18 U.S.C. § 2 - Aiding and |
| 12. LUIS D. SOUCLAT, | ) | Abetting |
|     a/k/a "Junito" | ) | |
| 13. WILBERTO BATISTA, | ) | 21 U.S.C. § 853 |
|     a/k/a Rafael Acevedo | ) | (Criminal Asset Forfeiture) |
|     a/k/a Teodore Andujar | ) | |
|     a/k/a "Vinicio" | ) | |
| 14. JOSE ORTIZ-PEREZ, | ) | |
|     a/k/a Carlos Ruben | ) | |
|     Cruz-DeJesús, | ) | |
|     a/k/a "Jhonny" | ) | |

Defendants.

2

### INDICTMENT

**COUNT ONE:**     **(21 United States Code Section 846 – Conspiracy to Distribute Heroin)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2004 and continuing until on or about March 31, 2005, at New Bedford, North Dartmouth, Lawrence, and elsewhere in the District of Massachusetts, at Providence in the District of Rhode Island and elsewhere,

1. **JOSE MORALES,**
    a/k/a **Juan Rivera,**
    a/k/a **"Gordo,"**
    a/k/a **"Melvin,"**
2. **LUIS MORALES,**
    a/k/a **"Gallito,"**
3. **JOSÉ LUIS FIGUEROA-RAMOS**
    a/k/a **Wilfredo Ofarrill**
    a/k/a **"Nelson"**
    a/k/a **"Sonny"**
4. **DIXON PEREZ,**
    a/k/a **"Nelson"**
    a/k/a **"Mario"**
5. **JOSÉ NICHOLSON,**
    a/k/a **"Jaiva"**
6. **ROBERT MEDEIROS,**
    a/k/a **"Bobby"**
7. **MIGUEL CASADO,**
    a/k/a **"Chulo"**
8. **HERMAN M. MELO,**
9. **BRIAN P. KEENAN,**
10. **DAVID R. ROSANINA**
11. **WILFREDO TORRES**
    a/k/a **"Willow"**
12. **LUIS D. SOUCLAT,**
    a/k/a **"Junito"**
13. **WILBERTO BATISTA,**
    a/k/a **Rafael Acevedo**
    a/k/a **Teodore Andujar**

3

**a/k/a "Vinicio"**
**14. JOSE ORTIZ-PEREZ,**
   **a/k/a Carlos Ruben**
   **Cruz-DeJesús,**
   **a/k/a "Jhonny"**

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other and with other

persons, known and unknown to the Grand Jury, to distribute

heroin, a Schedule I controlled substance, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least

one kilogram of a mixture and substance containing a detectable

amount of heroin, a Schedule I controlled substance.

Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(i) is applicable to this count.

All in violation of Title 21, United States Code, Sections

846, 841(a)(1) and (b)(1)(A)(i).

4

**COUNT TWO:**   **(Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) Possession With the Intent to Distribute Heroin -; Title 18, United States Code, Section 2 - Aiding and Abetting)**

Or about May 15, 2004, at New Bedford and elsewhere in the District of Massachusetts,

### 6. ROBERT MEDEIROS, a/k/a "Bobby"

defendant herein, did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

5

**COUNT THREE:** **(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860 - Distribution of Heroin Within 1,000 Feet of a School Zone; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about June 18, 2004, in New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>       **a/k/a Wilfredo Ofarrill**
>       **a/k/a "Nelson"**
>       **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>       **a/k/a "Nelson"**
>       **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance, within one thousand feet of the real property comprising Abraham Lincoln Elementary School at 445 Ashley Boulevard, New Bedford, Massachusetts.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860 and Title 18, United States Code, Section 2.

6

**COUNT FOUR:** **(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860 - Distribution of Heroin Within 1,000 Feet of a School Zone; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about June 22, 2004, in New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>     **a/k/a Wilfredo Ofarrill**
>     **a/k/a "Nelson"**
>     **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>     **a/k/a "Nelson"**
>     **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance, within one thousand feet of the real property comprising Abraham Lincoln Elementary School at 445 Ashley Boulevard, New Bedford, Massachusetts.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860 and Title 18, United States Code, Section 2.

7

**COUNT FIVE:**      **(Title 21, United States Code, Sections 841(a)(1)**
                    **and (b)(1)(C) - Distribution of Heroin; Title 18,**
                    **United States Code, Section 2 - Aiding and**
                    **Abetting)**

On or about July 1, 2004, in New Bedford and elsewhere in

the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>      **a/k/a Wilfredo Ofarrill**
>      **a/k/a "Nelson"**
>      **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>      **a/k/a "Nelson"**
>      **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of heroin, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

8

**COUNT SIX:**      **(Title 21, United States Code, Sections 841(a)(1)**
**and (b)(1)(C) - Distribution of Heroin; Title 18,**
**United States Code, Section 2 - Aiding and**
**Abetting)**

On or about July 9, 2004, in New Bedford and elsewhere in

the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
> **a/k/a "Nelson"**
> **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of heroin, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

9

**COUNT SEVEN:** **(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Distribution of Heroin; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about July 27, 2004, in New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
> **a/k/a "Nelson"**
> **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

10

**COUNT EIGHT:**     **(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860 - Distribution of Heroin Within 1,000 Feet of a School Zone; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about August 18, 2004, in New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>      **a/k/a Wilfredo Ofarrill**
>      **a/k/a "Nelson"**
>      **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>      **a/k/a "Nelson"**
>      **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance, within one thousand feet of the real property comprising Jireh Swift Elementary School 2203 Acushnet Avenue, New Bedford, Massachusetts.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860; and Title 18, United States Code, Section 2.

11

**COUNT NINE:** **(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860 - Distribution of Heroin Within 1,000 Feet of a School Zone; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about September 2, 2004, in New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>     **a/k/a Wilfredo Ofarrill**
>     **a/k/a "Nelson"**
>     **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>     **a/k/a "Nelson"**
>     **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance, within one thousand feet of the real property comprising Jireh Swift Elementary School 2203 Acushnet Avenue, New Bedford, Massachusetts.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860; and Title 18, United States Code, Section 2.

12

**COUNT TEN:**     **(Title 21, United States Code, Sections 841(a)(1)**
**and (b)(1)(C) - Distribution of Heroin; Title 18,**
**United States Code, Section 2 - Aiding and**
**Abetting)**

On or about September 14, 2004, in New Bedford and elsewhere

in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>     **a/k/a Wilfredo Ofarrill**
>     **a/k/a "Nelson"**
>     **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
>     **a/k/a "Nelson"**
>     **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of heroin, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

13

**COUNT ELEVEN:** **(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Distribution of Heroin; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about September 30, 2004, in North Dartmouth, New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **4. DIXON PEREZ,**
> **a/k/a "Nelson"**
> **a/k/a "Mario"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

14

**COUNT TWELVE:**  **(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Distribution of Heroin; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about October 26, 2004, in North Dartmouth, New

Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **5. JOSÉ NICHOLSON,**
> **a/k/a "Jaiva"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of heroin, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

15

**COUNT THIRTEEN: (Title 21, United States Code, Sections 841(a)(1)
(b)(1)(C) and 860 - Distribution of Heroin Within
100 Feet of a Video Arcade Facility; Title 18,
United States Code, Section 2 - Aiding and
Abetting)**

On or about November 23, 2004, in North Dartmouth, New

Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **5. JOSÉ NICHOLSON,**
> **a/k/a "Jaiva"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of heroin, a Schedule I controlled

substance, within one hundred feet of a video arcade facility,

specifically the Dream Machine video arcade at 200 North

Dartmouth Mall, North Dartmouth, Massachusetts.

All in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(C) and 860; and Title 18, United States Code,

Section 2.

16

**COUNT FOURTEEN: (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Distribution of Heroin; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about January 7, 2005, in North Dartmouth, New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny" and**
> **6. ROBERT MEDEIROS,**
> **a/k/a "Bobby"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

17

**COUNT FIFTEEN: (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Distribution of Heroin; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about February 9, 2005, in North Dartmouth, New Bedford and elsewhere in the District of Massachusetts,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
>     **a/k/a Wilfredo Ofarrill**
>     **a/k/a "Nelson"**
>     **a/k/a "Sonny" and**
> **5. JOSÉ NICHOLSON,**
>     **a/k/a "Jaiva"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

18

**COUNT SIXTEEN:** **(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i) - Possession With Intent to Distribute Heroin - Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about February 25, 2005, at Saugus, Woburn and elsewhere in the District of Massachusetts, in Providence in the District of Rhode Island and elsewhere,

> **3. JOSÉ LUIS FIGUEROA-RAMOS**
> **a/k/a Wilfredo Ofarrill**
> **a/k/a "Nelson"**
> **a/k/a "Sonny"**
> **13. WILBERTO BATISTA,**
> **a/k/a Rafael Acevedo**
> **a/k/a Teodore Andujar**
> **a/k/a "Vinicio"**

defendants herein, did knowingly and intentionally posses with the intent to distribute heroin, a Schedule I controlled substance.

It is further alleged that this offense involved at least one hundred grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this count.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT SEVENTEEN: (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) - Possession With Intent to Distribute Heroin - Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about March 21, 2005, at Mansfield and elsewhere in the District of Massachusetts, in Providence in the District of Rhode Island and elsewhere,

**14. JOSE ORTIZ-PEREZ,**
**a/k/a Carlos Ruben**
**Cruz-DeJesús,**
**a/k/a "Jhonny"**

defendant herein, did knowingly and intentionally posses with the intent to distribute heroin, a Schedule I controlled substance.

It is further alleged that this offense involved at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to this count.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i) and Title 18, United States Code, Section 2.

20

**COUNT EIGHTEEN: (Title 8, United States Code, Section 1326(a) -**
**Unlawful Entry After Deportation)**

On or about February 25, 2005, at or near Saugus in the
District of Massachusetts and elsewhere,

> **13. WILBERTO BATISTA,**
> **a/k/a Rafael Acevedo**
> **a/k/a Teodore Andujar**
> **a/k/a "Vinicio"**

defendant herein, being an alien and having been excluded,
deported and removed from the United States on or about January
16, 2003, at or near Boston, Massachusetts, was found in the
United States without having received the express consent of the
United States Attorney General prior to March 1, 2003, or the
express consent of the Secretary of the Department of Homeland
Security since that date, to reapply for admission to the United
States.

All in violation of Title 8, United States Code, Section
1326(a)(1).

21

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.  As a result of committing one or more of the

offenses alleged in Counts One through Seventeen of this

Indictment,

> 1. **JOSE MORALES,**
>       **a/k/a Juan Rivera,**
>       **a/k/a "Gordo,"**
>       **a/k/a "Melvin,"**
> 2. **LUIS MORALES,**
>       **a/k/a "Gallito,"**
> 3. **JOSÉ LUIS FIGUEROA-RAMOS**
>       **a/k/a Wilfredo Ofarrill**
>       **a/k/a "Nelson"**
>       **a/k/a "Sonny"**
> 4. **DIXON PEREZ,**
>       **a/k/a "Nelson"**
>       **a/k/a "Mario"**
> 5. **JOSÉ NICHOLSON,**
>       **a/k/a "Jaiva"**
> 6. **ROBERT MEDEIROS,**
>       **a/k/a "Bobby"**
> 7. **MIGUEL CASADO,**
>       **a/k/a "Chulo"**
> 8. **HERMAN M. MELO,**
> 9. **BRIAN P. KEENAN,**
> 10. **DAVID R. ROSANINA**

22

**11. WILFREDO TORRES**
    **a/k/a "Willow"**

**12. LUIS D. SOUCLAT,**
    **a/k/a "Junito"**

**13. WILBERTO BATISTA,**
    **a/k/a Rafael Acevedo**
    **a/k/a Tedore Andujar**
    **a/k/a "Vinicio"**

**14. JOSE ORTIZ-PEREZ,**
    **a/k/a Carlos Ruben**
    **Cruz-DeJesús,**
    **a/k/a "Jhonny"**

defendants herein, shall forfeit to the United States, pursuant

to 21 U.S.C. §853: (1) any and all property constituting or

derived from any proceeds the said defendant obtained directly

or indirectly as a result of the charged offense; and (2) any

and all property used or intended to be used in any manner or

part to commit and to facilitate the commission of the offense,

including, but not limited to, the following:

> (a) $10,000 in United States currency, deposited in
> support of a bail bond at the Dartmouth House of
> Corrections on or about August 5, 2004 for DIXON
> PEREZ;

> (b) $2,000 in U.S. Currency, seized on or about March
> 30, 2005, in Providence, Rhode Island, from a grey
> Jeep Cherokee bearing Rhode Island registration AC-
> 833, and registered in the name of JOSE FIGUEROA,

36 Chad Brown Street, Providence, Rhode Island;

(c) $1,500 in U.S. Currency, seized on or about March 30, 2005 from 105 Dora Street, Apartment No. 2, Providence, Rhode Island;

(d) $4,145 in U.S. Currency, seized on or about March 30, 2005 from 52 Nancy Street, Apartment No. 5, Providence, Rhode Island;

(e) $18,100 in United States currency, seized on or about March 31, 2005 from 341 Orchard Street, New Bedford, MA;

(f) $2,485 in U.S. currency, seized on or about March 31, 2005 from HERMAN MELO, Jr. at St. Luke's Hospital in New Bedford, Massachusetts;

(g) $24,571 in U.S. currency, seized on or about March 31, 2005 from 12 Violet Street, Apartment No. 1, Providence, Rhode Island;

(h) $1,081 in U.S. currency, seized from DIXON PEREZ, in Providence, Rhode Island, on or about March 31, 2005;

2. If any of the above-described forfeitable properties, as

a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) have been transferred or sold to, or deposited with, a third party;

(c) have been placed beyond the jurisdiction of the Court;

(d) have been substantially diminished in value; or

24

    (e)  have been commingled with other property which cannot be
        subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§853(p), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable properties.

    All in violation of Title 21, United States Code, Section 853.

25

A TRUE BILL

_____

FOREPERSON OF THE GRAND JURY

NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 28, 2005  2.17 PM

Returned into the District Court by the Grand Jurors and

filed.

_____

DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** <u>New Bedford</u>   **Category No.** <u>I</u>   **Investigating Agency** <u>DEA</u>

**City** <u>New Bedford</u>   **Related Case Information:**

**County** <u>Bristol</u>

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant <u>x</u>   New Defendant _____
Magistrate Judge Case Number   <u>1:05-mj-00449-RBC</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **JOSE MORALES**   Juvenile ☐ Yes  ☒ No

Alias Name   **"Melvin," "Gordo"**

Address   <u>52 Nancy St., Apt 5, Providence, RI</u>

Birth date (Year   <u>1963</u>  SSN (last 4   <u>unk</u>  Se  <u>M</u> Race:  <u>Hispanic</u>   Nationality _____

**Defense Counsel if**   <u>Raymond E Gillespie</u>   **Address:** <u>875 Massachusetts Avenue</u>
                                                    <u>Ste 32, Cambridge, MA</u>

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** <u>Neil J. Gallagher/Lisa Asiaf</u>   **Bar Number if** _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   <u>SPANISH</u>

**Matter to be SEALED:** ☐ Yes   ☐ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:**   <u>3/31/05</u>

☒ **Already in Federal Custody**  <u>3/31/05</u>   in _____ .
☐ **Already in State** _____   ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial**   **Ordered** _____   **on** _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  <u>One</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**  4/27/05   **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE MORALES** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 U.S.C. Sec. 846__ | conspiracy to distribute heroin | _____ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _New Bedford_    **Category No.** _1_    **Investigating Agency** _DEA_

**City** _New Bedford_    **Related Case Information:**

**County** _Bristol_

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant    _x_    New Defendant _____
Magistrate Judge Case Number    _1:05-mj-00449-RBC_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    **LUIS MORALES**    Juvenile ☐ Yes ☒ No

Alias Name    **"Gallito"**

Address    _52 Nancy St., Apt., 5, Providence, RI_

Birth date (Year    _1961_ SSN (last 4   _unk_  Se  _M_ Race:  _Hispanic_    Nationality _____

**Defense Counsel if**    **Unknown**    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher/Lisa Asiaf_    **Bar Number if** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_

Matter to be SEALED:    ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

Arrest Date:    **FUGITIVE**

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony   One

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** _4/29/05_    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>**LUIS MORALES**</u> _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| **Set 1**  <u>**21 U.S.C. Sec. 846**</u> | Conspiracy to distribute heroin | |
| **Set 2** _____ | _____ | _____ |
| **Set 3** _____ | _____ | _____ |
| **Set 4** _____ | _____ | _____ |
| **Set 5** _____ | _____ | _____ |
| **Set 6** _____ | _____ | _____ |
| **Set 7** _____ | _____ | _____ |
| **Set 8** _____ | _____ | _____ |
| **Set 9** _____ | _____ | _____ |
| **Set 10** _____ | _____ | _____ |
| **Set 11** _____ | _____ | _____ |
| **Set 12** _____ | _____ | _____ |
| **Set 13** _____ | _____ | _____ |
| **Set 14** _____ | _____ | _____ |
| **Set 15** _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  New Bedford        Category No.  I          Investigating Agency  DEA

City   New Bedford            Related Case Information:

County    Bristol              Superseding Ind./ Inf. _____      Case No. _____
                               Same Defendant     x          New Defendant _____
                               Magistrate Judge Case Number    1:05-mj-00449-RBC
                               Search Warrant Case Number    _____
                               R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   JOSE LUIS FIGUEROA-RAMOS          Juvenile  ☐ Yes  ☒ No

Alias Name   Wilfredo Ofarrill, Nelson, Sonny

Address   105 Dora St., Providence, RI

Birth date (Year    1968  SSN (last 4   3106  Se  M  Race:  Hispanic    Nationalit  Dom. Rep.

Defense Counsel if        Andrew D'Angelo        Address:  20 Park Plaza
                                                           Ste 800, Boston MA
Bar Number:

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher/Lisa Asiaf            Bar Number if

Interpreter:   ☒ Yes ☐ No        List language and/or dialect:    SPANISH

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:    3/31/05

☒ Already in Federal Custody   3/31/05          in _____ .
☐ Already in State    _____    ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial        Ordered    _____    on

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeano _____  ☒ Felony   14

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  4/27/05        Signature of

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE LUIS FIGUEROA-RAMOS** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | conspiracy to distribute heroin | Count 1 |
| Set 2 | 21 U.S.C. Sec. 841(a)(1) | Distribution of heroin | Counts 3-15 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** New Bedford          **Category No.** I          **Investigating Agency** DEA

**City** New Bedford                **Related Case Information:**

**County** Bristol                  Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant    x          New Defendant _____
                                    Magistrate Judge Case Number    1:05-mj-00449-RBC
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **DIXON PEREZ**                    Juvenile  ☐ Yes    ☒ No

Alias Name  **"Nelson," a.k.a. "Mario"**

Address   108 Mitchell St., 2nd Fl., Providence, RI

Birth date (Year    1969 SSN (last 4 _____ Sex M Race: Hispanic    Nationality _____

**Defense Counsel if**    Lenore Glasser          **Address:** 25 Kingston Street, 6th Floor
                                                              Boston, MA

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher/Lisa Asiaf          Bar Number if applicable _____

**Interpreter:**    ☒ Yes  ☐ No          List language and/or dialect:    SPANISH

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:    3/31/05

☒ Already in Federal Custody as  3/31/05          in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    10 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  4/27/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **DIXON PEREZ** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | conspiracy to distribute heroin | Count 1 |
| Set 2 | 21 U.S.C. Sec. 841(a)(1) | Distribution of Heroin | Counts 3-11 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __New Bedford__    **Category No.** __I__    **Investigating Agency** __DEA__

**City** __New Bedford__    **Related Case Information:**

**County** __Bristol__

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant   __x__ | New Defendant _____ |
| Magistrate Judge Case Number | __1:05-mj-00449-RBC__ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  **JOSE NICHOLSON**    Juvenile  ☐ Yes  ☒ No

Alias Name  **"Jaiba"**

Address  __16 Libson St., Providence, RI__

Birth date (Year    __1983__  SSN (last 4  __7934__  Se __M__  Race:  __Hispanic__    Nationality _____

**Defense Counsel if**    __Victoria M. Bonilla-Argudo__    **Address:** __77 Central Street, 2ⁿᵈ Floor__
                                                                     __Boston, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher/Lisa Asiaf__    **Bar Number if** _____

**Interpreter:**  ☒ Yes  ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    __March 31, 2005__

☒ **Already in Federal Custody**  __3/31/05__    in _____ .
☐ **Already in State** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:**  ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** ____  ☐ **Misdemeano** ____  ☒ **Felony**  __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __4/29/05__    **Signature of**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE NICHOLSON** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | Count 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | distribution of heroin | Counts 12, 13, 15 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**   New Bedford      **Category No.**   I      **Investigating Agency**   DEA

**City**   New Bedford      **Related Case Information:**

**County**   Bristol

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant   x _____ | New Defendant _____ |
| Magistrate Judge Case Number | 1:05-mj-00449-RBC |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name   **ROBERT MEDEIROS**      Juvenile   ☐ Yes   ☒ No

Alias Name   **"Bobby" a/k/a "White Boy"**

Address   74 Ellen St. Apartment 2 East, New Bedford, Massachusetts.

Birth date (Year   1972   SSN (last 4   3606   Se   M   Race:   WHITE   Nationality _____

**Defense Counsel if**   **Barry Wilson**      **Address:** 240 Commercial Street**, Ste 5A**

     **Boston, MA**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil J. Gallagher/Lisa Asiaf      **Bar Number if** _____

**Interpreter:**   ☐ Yes   ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**   4/1/05

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ **On Pretrial**    **Ordered** _____ on _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date**   4/27/05      **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ROBERT MEDEIROS** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | Count 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | **Possession With Intent to Distribute Heroin** | Count 2 |
| Set 3  21 U.S.C. Sec. 841(a)(1) | **Distribution of Heroin** | Count 14 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℁JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** __New Bedford__    **Category No.** __I__    **Investigating Agency** __DEA__

**City** __New Bedford__     **Related Case Information:**

**County** __Bristol__

**Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** __x__ _____ **New** _____
**Magistrate Judge Case Number** __1:05-mj-00449-RBC__
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __**MIGUEL CASADO**__    **Juvenile** ☐ Yes   ☒ No

Alias Name __"**Chulo**"__

Address __16 Libson St., Providence, RI__

Birth date (Year __1966__ SSN (last 4 __4353__ Se __M__ Race: __Hispanic__ Nationalit _____

**Defense Counsel if** __Elaine Pourinski__    **Address:** __13 Old South Street__
__Northampton, MA 01060__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher/Lisa Asiaf__    **Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __SPANISH__

**Matter to be SEALED:** ☐ Yes ☒ No

    ☐ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** __3/31/05__

☒ **Already in Federal Custody** __3/31/05__   in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __One__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __4/27/05__     **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **MIGUEL CASADO** _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | conspiracy to distribute heroin | |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __New Bedford__    **Category No.** __I__          **Investigating Agency** __DEA__

**City** __New Bedford__          **Related Case Information:**

**County** __Bristol__            **Superseding Ind./ Inf.** _____   **Case No.** _____
                                  **Same Defendant** __x_____ **New** _____
                                  **Magistrate Judge Case Number** __1:05-mj-00449-RBC__
                                  **Search Warrant Case** _____
                                  **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __HERMAN M. MELO Jr.__          **Juvenile** ☐ Yes  ☒ No

Alias Name _____

Address __235 Belleville Rd., floor one, New Bedford, Massachusetts__

Birth date (Year __1975__ SSN (last 4 __7327__ Se __M__ Race: __WHITE__ Nationalit _____

**Defense Counsel if** __Catherine Byrne__          **Address:** __408 Atlantic Avenue, 3rd Flr__
                                                                __Suite 328, Boston, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher/Lisa Asiaf__          **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** __4/1/05__

☒ **Already in Federal Custody** __4/1/05__          in _____ .
☐ **Already in State** _____   ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**     **Ordered** _____   **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano** _____   ☒ **Felony** __One__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date** __4/29/05__          **Signature of** _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    HERMAN M. MELO Jr. _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __New Bedford__      Category No. __I__          Investigating Agency __DEA__

City  __New Bedford__                    Related Case Information:

County  __Bristol__                      Superseding Ind./ Inf. _____  Case No. _____
                                         Same Defendant  __x__          New _____
                                         Magistrate Judge Case Number  __1:05-mj-00449-RBC__
                                         Search Warrant Case  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Brian P. Keenan__          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  __120 Florence St., New Bedford, MA.__

Birth date (Year  __1976__ SSN (last 4  __1927__ Se __M__ Race: __WHITE__   Nationalit _____

Defense Counsel if  __Peter Parker__        Address: __One Commercial Wharf North__
                                                      __2nd Floor, Boston, MA__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher/Lisa Asiaf__          Bar Number if  _____

Interpreter:    ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:  __April 1, 2005__

☐ Already in Federal Custody  _____  in  _____ .
☐ Already in State  _____  ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial      Ordered  _____  on  __4/22/05__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony   __One__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date  __4/27/05__       Signature of _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>**Brian P. Keenan**</u> _____

## U.S.C. Citations

| <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  **New Bedford**    Category No. **I**         Investigating Agency  **DEA**

City   **New Bedford**           Related Case Information:

County    **Bristol**                Superseding Ind./ Inf.  _____  Case No.  _____
                                     Same Defendant  **x**            New  _____
                                     Magistrate Judge Case Number  **1:05-mj-00449-RBC**
                                     Search Warrant Case  _____
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  **David R. Rosanina**              Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address   **341 Orchard St., New Bedford, MA**

Birth date (Year    **1972**  SSN (last 4   **7772**  Se  **M**  Race:  **WHITE**    Nationalit  _____

Defense Counsel if       **Walter P. Faria**        Address:  **286 Union Street**
                                                              **New Bedford, MA 02740**
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  **Neil J. Gallagher/Lisa Asiaf**            Bar Number if         _____

Interpreter:    ☐ Yes ☒ No         List language and/or dialect:    _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☐ **Warrant Requested**      ☐ **Regular Process**         ☐ **In Custody**

**Location Status:**

Arrest Date:    **April 1, 2005**

☐ **Already in Federal Custody** _____  in  _____ .
☐ **Already in State** _____  ☐ Serving Sentence ☐ Awaiting Trial
☒ **On Pretrial**    Ordered  _____  on  **4/25/05**

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  **4/27/05**        Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   David R. Rosanina _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  New Bedford        **Category No.**  I        **Investigating Agency**  DEA

**City**  New Bedford                    **Related Case Information:**

**County**    Bristol                    **Superseding Ind./ Inf.** _____    **Case No.** _____
                                         **Same Defendant**    x _____    **New**
                                         **Magistrate Judge Case Number**    1:05-mj-00449-RBC
                                         **Search Warrant Case** _____
                                         **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name    Wilfredo Torres                    **Juvenile**  ☐ Yes    ☒ No

Alias Name    "Willow"

Address    54 Spruce St., New Bedford, MA

Birth date (Year    1968  SSN (last 4    3738  Se  M  Race:  Hispanic    Nationalit _____

**Defense Counsel if**    Eileen M. Donoghue        **Address:**  112 Middle Street
                                                               Lowell, MA 01852
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil J. Gallagher/Lisa Asiaf              **Bar Number if** _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    SPANISH

**Matter to be SEALED:**    ☐ Yes  ☒ No

       ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    4/1/05

☐ **Already in Federal Custody** _____  in _____ .
☐ **Already in State** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial**    **Ordered**    4/22/05 _____  **on**

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  One

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**  4/27/05        **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Wilfredo Torres _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  New Bedford          Category No.  I              Investigating Agency  DEA

**City**  New Bedford                    **Related Case Information:**

**County**  Bristol                      Superseding Ind./ Inf. _____      Case No. _____
                                         Same Defendant      x        New Defendant _____
                                         Magistrate Judge Case Number    1:05-mj-00449-RBC
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  LUIS SOUCLAT                     Juvenile  ☐ Yes   ☒ No

Alias Name  **"Junito"**

Address  13 Martin Court Pawtucket, Rhode Island

Birth date (Year    1972  SSN (last 4 _____  Se  M  Race:  Hispanic    Nationality _____

**Defense Counsel if**        Philip J. Coppola          **Address:** 500 Federal Street
                                                         Andover, MA
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher/Lisa Asiaf            **Bar Number if** _____

**Interpreter:**      ☒ Yes ☐ No          **List language and/or dialect:**     Spanish

**Matter to be SEALED:**    ☐ Yes   ☐ No

        ☐ **Warrant Requested**        ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**    4/4/05

☒ Already in Federal Custody    4/4/05              in _____ .
☐ Already in State    _____      ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial      Ordered    _____    on _____

**Charging Document:**    ☒ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  One

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**  4/27/05          **Signature 6f** _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **LUIS SOUCLAT** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | conspiracy to distribute heroin _____ | _____ |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __New Bedford__          Category No. __I__              Investigating Agency  __DEA__

City  __New Bedford__                    Related Case Information:

County   __Bristol__                     Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____    New    x _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __WILBERTO BATISTA__                    Juvenile  ☐ Yes   ☒ No

Alias Name  __Rafael Acevedo, Teodoro Andujar, "Vinicio"__

Address   __24 Hamilton Street, #23, in Saugus, MA.__

Birth date (Year    __1963__  SSN (last 4  _____  Se  __M__  Race:  __Hispanic__    Nationalit _____

**Defense Counsel if**        __unknown__              Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil J. Gallagher/Lisa Asiaf__            Bar Number if _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    __SPANISH__

Matter to be SEALED:    ☐ Yes  ☒ No

    ☒ Warrant Requested            ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☒ Already in State    __4/25/05__        ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  __One__

                    Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date  4/27/05            Signature of _~~~~~~~~~~~

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **WILBERTO BATISTA** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Possession With Intent to Distribute Heroin | 16 |
| Set 3  8 U.S.C. 1326(a) | Unlawful Entry after Deportation | 18 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

⊛JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  __New Bedford__       **Category No.** __I__           **Investigating Agency** __DEA__

**City**  __New Bedford__                    **Related Case Information:**

**County**   __Bristol__                     **Superseding Ind./ Inf.** _____   **Case No.** _____
                                             **Same Defendant** _____   **New** ___   __x__ _____
                                             **Magistrate Judge Case Number** _____
                                             **Search Warrant Case** _____
                                             **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  __JOSE ORTIZ-PEREZ__                    **Juvenile**  ☐ Yes   ☒ No

Alias Name  __Carlos Ruben Cruz-DeJesus__

Address   __1446 Dorchester Avenue, Apt. 443, in Boston, MA.__

Birth date (Year    __1963__  SSN (last 4  _____  Se  __M__  Race:  __Hispanic__   Nationalit _____

**Defense Counsel if**        __unknown__           **Address:** _____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  __Neil J. Gallagher/Lisa Asiaf__           **Bar Number if** _____

**Interpreter:**     ☒ Yes ☐ No        **List language and/or dialect:**    __SPANISH__

**Matter to be SEALED:**   ☐ Yes  ☒ No

    ☒ **Warrant Requested**        ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☒ **Already in State**        __3/21/05__          ☐ **Serving Sentence** ☒ **Awaiting Trial**
☐ **On Pretrial**        **Ordered** _____ on _____

**Charging Document:**   ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date**  __4/27/05__         Signature of _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE ORTIZ PEREZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  **21 U.S.C. Sec. 846** | Conspiracy to distribute heroin | **1** |
| Set 2  **21 U.S.C. Sec. 841(a)(1)** | **Possession With Intent to Distribute Heroin** | **17** |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**