# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:   THE SUPERINTENDENT OF THE BRISTOL COUNTY JAIL AND HOUSE OF CORRECTIONS
BRISTOL COUNTY JAIL AND HOUSE OF CORRECTIONS
400 Faunce Corner Road
North Dartmouth, MA 02747

YOU ARE COMMANDED to have the body of  **JOSE ORTIZ-PEREZ**  aka CARLOS RUBEN CRUZ-DEJESUS aka JHONNY. (DOB: 8/4/1963 )  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.  23 , on the  7th  floor, Boston, Massachusetts on  FRIDAY, June 24, 2005 , at 11:00AM  for the purpose of  INITIAL APP./ ARRAIGNMENT  in the case of UNITED STATES OF AMERICA **V.**  JOSE ORTIZ-PEREZ  Docket Number  05-CR-10115-JLT  .

And you are to retain the body of said  JOSE ORTIZ-PEREZ  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  JOSE ORTIZ-PEREZ  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this  7th  day of  JUNE, 2005 .

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/  Noreen A. Russo
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(HabeasORTIZ.wpd - 2/2000)