UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-10115-JLT |
| | ) |
| JOSE ORTIZ-PEREZ | ) |
|    a/k/a Carlos Ruben Cruz-DeJesus | ) |
|    a/k/a "Jhonny" | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to Bristol County Jail and House of Corrections in New Bedford, MA, for the purpose of securing **JOSE ORTIZ-PEREZ, a/k/a Carlos Ruben Cruz-DeJesus, a/k/a "Jhonny,"** at a initial appearance before Magistrate Judge Robert B. Collings. In support of this petition, the government states that:

1. That **JOSE ORTIZ-PEREZ** (DOB:8/4/63) is presently confined at the Bristol County Jail and House of Corrections in New Bedford, MA,

2. That **JOSE ORTIZ-PEREZ** was indicted in the above-captioned case.

3. That **JOSE ORTIZ-PEREZ** should be made to appear before the Magistrate Judge Robert B. Collings at 6/24, 2005 at 11:00 A.M./P.M.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Bristol County Jail and House of Corrections in New Bedford, MA and to any other person having custody and control of **JOSE ORTIZ-PEREZ**, commanding them to produce **JOSE ORTIZ-PEREZ** before Magistrate Judge Robert B. Collings at the United States Courthouse, 1

Courthouse Way, at Boston, Massachusetts at __6/24__, 2005, at __11:00__ (a.m.)/p.m.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By: _____
                                            Neil J. Gallagher, Jr.
                                            Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES MAGISTRATE JUDGE ROBERT B. COLLINGS

Dated: __6/16/05__