# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:     THE SUPERINTENDENT OF THE ASH STREET JAIL
            ASH STREET JAIL
            NEW BEDFORD, MA

YOU ARE COMMANDED to have the body of **JOSE ORTIZ-PEREZ** aka CARLOS RUBEN CRUZ-DEJESUS aka JHONNY. (DOB: 8/4/1963) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on FRIDAY, June 24, 2005, at 11:00AM for the purpose of INITIAL APP./ ARRAIGNMENT in the case of UNITED STATES OF AMERICA **V.** JOSE ORTIZ-PEREZ Docket Number 05-CR-10115-JLT.

And you are to retain the body of said JOSE ORTIZ-PEREZ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said JOSE ORTIZ-PEREZ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 20th day of JUNE, 2005.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
    Noreen A. Russo, Deputy Clerk
    To the Honorable Robert B. Collings

(HabeasORTIZ.wpd - 2/2000)