# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:          THE SUPERINTENDENT OF THE ASH STREET JAIL
                 ASH STREET JAIL
                 NEW BEDFORD, MA

YOU ARE COMMANDED to have the body of___**JOSE ORTIZ-PEREZ**___aka CARLOS RUBEN CRUZ-DEJESUS aka JHONNY. (DOB: 1957____)____ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No._____23___, on the _____ ___7th_____ floor, Boston, Massachusetts on___FRIDAY, July 1, 2005_____, at 2:15 P.M.____ for the purpose of ___ARRAIGNMENT____in the case of UNITED STATES OF AMERICA **V**. ___JOSE ORTIZ-PEREZ___Docket Number _____05-CR-10115-JLT_____.

        And you are to retain the body of said ___JOSE ORTIZ-PEREZ_____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said _____JOSE ORTIZ-PEREZ____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

        Dated this ___27th____ day of_____JUNE, 2005_____.


                                        SARAH A. THORNTON
                                        CLERK OF COURT

        SEAL

                                        By: /s/  Noreen A. Russo
                                        Noreen A. Russo, Deputy Clerk
                                        To the Honorable Robert B. Collings

(HabeasORTIZ2.wpd - 2/2000)