# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                  CRIMINAL NO. 2005-10115-JLT-14

JOSE ORTIZ-PEREZ, ETC.,
    Defendant.

# ORDER

COLLINGS, U.S.M.J.

    The above-named defendant was brought before the Court on June 24, 2005 pursuant to a Writ of Habeas Corpus Ad Prosequendum; a further appearance is scheduled for July 1, 2005. In the interim, he has been returned to the Bristol County House of Correction where he is held awaiting trial on state charges.

    *Accordingly, the U.S. Marshal is ORDERED to lodge a DETAINER against the defendant with the Bristol County officials, the detainer being based on the charges contained in the Indictment filed in the above-styled cause.*

    If the defendant is released by the state court, the defendant shall be

held on the detainer so that the U.S. Marshal may take him into custody forthwith and bring him before the undersigned for further proceedings.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate

Date: June 24, 2005.