UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JOSE ORTIZ-PEREZ, )<br>   a/k/a Carlos Ruben Cruz-DeJesus, )<br>   a/k/a Johnny, )<br>               Defendant. )<br>) | Crim. No. 05-10115-JLT |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to Bristol County Jail and House of Correction, Ash Street Facility, in New Bedford, MA, for the purpose of securing JOSE ORTIZ-PEREZ, a/k/a Carlos Ruben Cruz-DeJesus, a/k/a "Jhonny," at an Arraignment before U.S. Magistrate Judge Robert B. Collings. In support of this motion, the government states as follows:

1. JOSE ORTIZ-PEREZ (DOB: 10/20/57) is presently confined at the Bristol County Jail and House of Correction, Ash Street Facility, in New Bedford, MA.

2. On April 28, 2005, JOSE ORTIZ-PEREZ was indicted in the above-captioned criminal action.

3. On June 24, 2005, JOSE ORTIZ-PEREZ appeared before U.S. Magistrate Judge Collings for an Initial Appearance in the above-captioned criminal action.

4. On June 24, 2005, U.S. Magistrate Judge Collings scheduled an Arraignment for Friday, July 1, 2005, at 2:15 p.m., and directed the government to file a Petition for Writ of Habeas Corpus Ad Prosequendum for purposes of that Arraignment.

WHEREFORE, the United States hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the U.S. Marshal for the District of Massachusetts, to the Bristol County Jail and House of Correction, Ash Street Facility, in New Bedford, MA, and to any other person having custody and control of JOSE ORTIZ-PEREZ, commanding them to produce JOSE ORTIZ-PEREZ before U.S. Magistrate Judge Robert B. Collings at the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on Friday, July 1, 2005, at 2:15 p.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorneys,

By: /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
Tel: (617) 748-3268

ALLOWED:

/s/ Robert B. Collings
ROBERT B. COLLINGS,
UNITED STATES MAGISTRATE JUDGE