# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                          CRIMINAL NO. 2005-10115-JLT

JOSE MORALES
    a/k/a "Melvin", a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFRE/DO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"
WILFREDO BATISTA
    a/k/a "Rafael Acevedo"
    a/k/a "Vinicio"
    a/k/a "Teodoro Andujar"
JOSE ORTIZ-PEREZ
    a/k/a "Carlos Ruben Cruz-DeJesus"
    a/k/a "Jhonny"
        Defendants.

# ORDER FOR INTERIM STATUS CONFERENCE

COLLINGS, U.S.M.J.

Counsel for all defendants are directed to report for an Interim Status Conference on **Wednesday, September 28, 2005 at 10:30 A.M.** at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 12, 2005.