# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                CRIMINAL NO. 2005-10115-JLT

JOSE MORALES
    a/k/a "Melvin", a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFREDO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"
WILFREDO BATISTA
    a/k/a "Rafael Acevedo"
    a/k/a "Vinicio"
    a/k/a "Teodoro Andujar"
JOSE ORTIZ-PEREZ
    a/k/a "Carlos Ruben Cruz-DeJesus"
    a/k/a "Jhonny"
        Defendants.

# REPORT AFTER
# INITIAL STATUS CONFERENCE
# PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on July 12, 2005; counsel for the defendants were present, had coverage or were excused except counsel for Brian Keenan and Herman Melo. The question of whether defendant Perez will be represented by retained counsel is pending.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) The time is extended to the close of business on Friday, September 16, 2005.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) The Government will produce additional discovery as set forth in its Report.

(4) A date for filing non-discovery type motion will be set at the Interim Status Conference noticed, *infra.*

(5)  *See* Order of Excludable Delay entered this date.

(6)  It is unknown whether or not a trial will be necessary; a trial would last two months.

(7)  The Interim Status Conference is set for **Wednesday, September 28, 2005 at 10:30 A.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)  *See* ¶¶ (1)-(4), *supra*.

(2)  It does not.

(3)  None.

(4)  *See* Order of Excludable Delay entered this date.

(5)  Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 12, 2005.