# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO. 2005-10115-JLT

JOSE MORALES
    a/k/a "Melvin", a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFREDO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"
WILFREDO BATISTA
    a/k/a "Rafael Acevedo"
    a/k/a "Vinicio"
    a/k/a "Teodoro Andujar"
JOSE ORTIZ-PEREZ
    a/k/a "Carlos Ruben Cruz-DeJesus"
    a/k/a "Jhonny"
        Defendants.

# ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/28/2005 - Indictment returned.

4/29 - 6/24/2005 - Excluded as per 18 U.S.C. § 3161(h)(7).

6/24/2005 - Initial Appearance (Batista, Perez)

6/24 - 7/1/2005 - Government's Motion for Detention re: Batista pending.

7/1/2005 - Arraignment (Batista)

7/2 - 7/29/2005 - Excluded as per L.R. 112.2(A)(2) (Batista)

7/12/2005 - Conference held.

7/13 - 9/16/2005 - Continuance granted so that the defendants' counsel can complete review of the 6,000 recorded telephone calls which the Government has disclosed. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 16, 2005, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within

the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 12, 2005.