# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) CRIMINAL NO. 05-10115-JLT ) ) |
| v. | ) **VIOLATIONS:** ) |
| 1. JOSE MORALES, a/k/a Juan Rivera, a/k/a "Gordo," a/k/a "Melvin," | ) 21 U.S.C. §§ 846 and ) 841(a)(1) - Conspiracy ) to Distribute Heroin ) |
| 2. LUIS MORALES, a/k/a "Gallito," | ) 21 U.S.C. §§ 841(a)(1) and ) (b)(1)(C) - Possession With |
| 3. JOSE LUIS FIGUEROA-RAMOS, a/k/a Wilfredo Ofarrill, a/k/a "Nelson," a/k/a "Sonny," | ) Intent to Distribute Heroin ) ) 21 U.S.C. §§ 841(a)(1) and ) 860 - Distribution of Heroin |
| 4. DIXON PEREZ, a/k/a "Nelson," a/k/a "Mario," | ) Within 1,000 Feet of a School ) Zone and 100 Feet of a Video ) Arcade |
| 5. JOSE NICHOLSON, a/k/a "Jaiva," | ) ) 21 U.S.C. § 841(a)(1) - |
| 6. ROBERT MEDEIROS, a/k/a "Bobby," | ) Distribution of Heroin ) |
| 7. MIGUEL CASADO, a/k/a "Chulo," | ) 8 U.S.C. § 1326(a) - Unlawful ) Entry After Deportation |
| 8. HERMAN M. MELO, | ) |
| 9. BRIAN P. KEENAN, | ) 18 U.S.C. § 2 - Aiding and |
| 10. DAVID R. ROSANINA, | ) Abetting |
| 11. WILFREDO TORRES, a/k/a "Willow," | ) ) 21 U.S.C. § 853 |
| 12. LUIS D. SOUCLAT, a/k/a "Junito," | ) (Criminal Asset Forfeiture) ) |
| 13. WILBERTO BATISTA, a/k/a Rafael Acevedo, a/k/a Teodore Andujar, a/k/a "Vinicio," | ) ) ) ) |
| 14. JOSE ORTIZ-PEREZ, a/k/a Carlos Ruben Cruz-DeJesus, a/k/a "Jhonny," Defendants. | ) ) ) ) ) |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks the forfeiture, pursuant to 21 U.S.C. § 853, and as a result of the offenses alleged in Counts One through Seventeen of the Indictment, of (1) any and all property constituting, or derived from, any proceeds the said defendant obtained, directly or indirectly, as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

a) $10,000 in United States currency, deposited in support of a bail bond at the Dartmouth House of Corrections on or about August 5, 2004, for DIXON PEREZ;

(b) $2,000 in U.S. Currency, seized on or about March 30, 2005, in Providence, Rhode Island, from a grey Jeep Cherokee bearing Rhode Island registration AC-833, and registered in the name of JOSE FIGUEROA, 36 Chad Brown Street, Providence, Rhode Island;

(c) $1,500 in U.S. Currency, seized on or about March 30, 2005, from 105 Dora Street, Apartment No. 2, Providence, Rhode Island;

(d) $4,145 in U.S. Currency, seized on or about March 30, 2005, from 52 Nancy Street, Apartment No. 5, Providence, Rhode Island;

(e) $18,100 in United States currency, seized on or about March 31, 2005, from 341 Orchard Street, New Bedford, MA;

(f) $2,485 in U.S. currency, seized on or about March 31, 2005, from HERMAN MELO, Jr., at St. Luke's Hospital in New Bedford, Massachusetts;

(g) $24,571 in U.S. currency, seized on or about March 31,2005, from 12 Violet Street, Apartment No. 1, Providence, Rhode Island; and

   (h) $1,081 in U.S. currency, seized from DIXON PEREZ in Providence, Rhode Island, on or about March 31, 2005.

   In addition to the above-named assets, on June 1, 2005, the United States filed a Bill of Particulars, stating that it intends to forfeit the following, based on the Forfeiture Allegation of the Indictment:

   (i) $40,500.00 in United States Currency, seized on or about April 7, 2005, from a Safe Deposit Box located at Citizens Bank, 606 Dartmouth Street, Dartmouth, Massachusetts, held in the name of BRIAN P. KEENAN.

   In addition to the above-named assets, the United States intends to forfeit the following, based on the Forfeiture Allegation of the Indictment:

   (j) A 1999 Mercedes E-430, VIN # WDBJF70H9XA948076, license number RS3706, seized on March 31, 2005 from 341 Orchard Street, New Bedford, Massachusetts; and

   (k) A 1994 Ford Ranger, VIN # 1FTCR10A6RTA32920, license number TC20BV, seized on April 5, 2005 from 341 Orchard Street, New Bedford, Massachusetts.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney,


                                    /s/ Jennifer H. Zacks
                                    Jennifer H. Zacks
                                    Assistant U.S. Attorneys
                                    United States Courthouse
                                    Suite 9200
                                    1 Courthouse Way
                                    Boston, MA 02210
Date: July 15, 2005              (617) 748-3100

**CERTIFICATE OF SERVICE**

    I certify that I have served a true copy of the foregoing upon Michael Mediros, 286 Union Street, New Bedford, Massachusetts, 02740, as counsel for David Rosonina, by first class mail, postage prepaid.

                                      */s/ Jennifer H. Zacks*
                                      _____
                                      Jennifer H. Zacks
                                      Assistant U.S. Attorney

Dated: July 15, 2005