# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   THE SUPERINTENDENT OF THE ASH STREET JAIL
          ASH STREET JAIL
          NEW BEDFORD, MA

YOU ARE COMMANDED to have the body of __**JOSE ORTIZ-PEREZ**  aka CARLOS RUBEN CRUZ-DEJESUS aka JHONNY. (DOB: 1957   )__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, Boston, Massachusetts on __July 29, 2005__, at __2:45 P.M.__ for the purpose of __ARRAIGNMENT__ in the case of UNITED STATES OF AMERICA **V.** __JOSE ORTIZ-PEREZ__ Docket Number __05-CR-10115-JLT__.

And you are to retain the body of said __JOSE ORTIZ-PEREZ__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __JOSE ORTIZ-PEREZ__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __26th__ day of __July, 2005__.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

        SEAL

                                        By: /s/ Noreen A. Russo
                                        Noreen A. Russo, Deputy Clerk
                                        To the Honorable Robert B. Collings

(HabeasORTIZ4.wpd - 2/2000)