AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE ORTIZ-PEREZ,

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10115 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSE ORTIZ-PEREZ, a.k.a. Carlos Ruben Cruz-DeJesus
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Distribute Heroin and Possession With Intent to Distirbute Heroin

in violation of Title   21   United States Code, Section(s)  846 and 841(a)(1)

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-29-05  Boston
Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST & ARRAIGNMENT OF THE DEFENDANT ON 6/27/05  USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

Received U.S. Marshal Service Boston, MA 2005 APR 29 P 12:21