# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2005-10115-JLT

JOSE ORTIZ-PEREZ,
      Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    4/28/2005 - Indictment returned.

    6/24/2005 - Initial Appearance

    6/24 - 7/29/2005 -   Continuance granted so that the defendant could attempt to retain counsel. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

    7/29/2005 - Arraignment

    7/30 - 8/26/2005 - Excluded as per L.R. 112.2(A)(2)

9/20/2005- Conference held.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2005.