# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                CRIMINAL NO. 2005-10115-JLT-14

JOSE ORTIZ-PEREZ,
    Defendant.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on September 20, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is ENLARGED to the close of business on October 11, 2005.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)    The Government shall produce further information re: a related DEA investigation of the defendant by cob 9/30/2005.

(4)    No non-discovery type motions will be filed.

(5)    *See* Order of Excludable Delay entered this date.

(6)    It is unknown whether a trial will be necessary.

(7)    The Final Status Conference is set for ***Thursday, October 20, 2005 at 11:30 A.M.***

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                                /s/ *Robert B. Collings*
                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

September 21, 2005.