# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                            CRIMINAL
                                    CASE NO. 2005-10115-JLT

JOSE ORTIZ-PEREZ
a/k/a "Carlos Ruben Cruz-Dejesus"
a/k/a " Jhonny"

      Defendant.

## *ORDER FOR INTERIM STATUS CONFERENCE*

COLLINGS, U.S.M.J.

      Counsel for defendant is directed to report for an interim status conference on Thursday, October 20, 2005 at 11:30 A.M. at Courtroom #23, (7th Floor), John Joseph Moakley, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, before the undersigned.

                                                      /s/ *Robert B. Collings*
                                                      ROBERT B. COLLINGS
                                                      United States Magistrate Judge

September 21, 2005.