IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)                      CRIMINAL ACTION
v.                       )
)                      05-10115-JLT
JOSE MORALES et al.     )
)
)

## **JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(A), the United States respectfully submits this status repor
connection with the initial status conference scheduled for September 28, 2005.

1. Local Rule 116.3 Timing Requirements

At the time of defendant's preliminary hearings in this case in April 2005, the governm
disclosed to defense counsel the wiretap evidence in this case, including the wiretap affidavits ;
more than 6,000 recorded phone calls, the majority of which are in Spanish. On June 14, 2005,
government provided more particularized wiretap discovery. On July 12, 2005, the court held 
initial status conference. Given the number of the intercepted calls, defense counsel will reques
additional time to review this discovery. The government did not oppose this request.

Two defense counsel have submitted letters for additional discovery. The governm«
anticipates complying with these requests in their entirety. The government will notify the cour
an agreement cannot be reached or if the government will be invoking the declination procedu
of LR 116.6(A).

2. Expert Testimony

At trial on the pending indictment, the government anticipates that it will present t 
testimony of one or more forensic chemists regarding the content of controlled substances seiz«
during this case. The government may also present non-expert opinion testimony and expert opini«
testimony pursuant to Fed. R. Evid. 701 and 703 by law enforcement agents regarding the conte
and meaning of the intercepted phone calls.

9/28/05
N. Pwex

### 3. Additional Discovery

The government has some additional DEA and local police reports to disclose defendants 1

will do so by next week. If any additional documentation/information is obtained, the governr   t

will provide such information to defense counsel.

### 4. Motion Date

The government anticipates that defense counsel will not be seeking a deadline for the fi

of pretrial motions in this case. *Defense counsel request an order that their deadline be extended to the same date as Perez*

### 5. Speedy Trial Calculations *given the extensive materials. [C their 11]*

Based on the complex nature of the case and undersigned conversation with several defe

counsel in this matter, the court should exclude from the STA calculations the time from tod;

status conference until the court's next scheduled status hearing. The government submits th;

days have run under the 70 day clock.

### 6. Anticipated Length of Trial

Given the number of co-defendants in this case, it is too early to determine whether a t

is required in this matter and the anticipated length of any such trial. At this point, the governm

anticipates that as many as ten defendant may proceed to trial. Such a trial would take approximat

six weeks.

2

7. Final Status Conference

The government submits that a Final Status Conference should be scheduled.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:

Neil J. Gallagher, Jr.
Lisa Asiaf
Assistant U.S. Attorneys

Date: September 28, 2005

Counsel for JOSE MORALES
JOSE A. ESPINOSA

9/29/05
Date

Counsel for LUIS MORALES

Date

Counsel for JOSE LUIS
FIGUEROA-RAMOS
RAYMOND BUSO

Date

Counsel for DIXON PEREZ
LENORE GLASER

9/28/05
Date

Victoria M. Bonilla

9/28/05

3

Counsel for JOSE NICHOLSON                    Date
VICTORIA M. BONILLA-ARGUDO

_Barry P. Wilson (CHK)_          _9/28/05_
Counsel for ROBERT MEDEIROS         Date
BARRY P. WILSON

_Elaine Pourinski (by Amy)_   _9/28/05_
Counsel for MIGUEL CASADO           Date
ELAINE POURINSKI

_Catherine K. Byrne_            _9/28/05_
Counsel for HERMAN MELO JR.         Date
CATHERINE K. BYRNE

_Cathen K. Byrn_               _9/28/05_
Counsel for BRIAN P. KEENAN         Date
E. PETER PARKER ( for Atty
                  Peter Parker)
_____               _9/28/05_
Counsel for DAVID R. ROSANINA       Date
WALTER P. FARIK  FARIA

_Eileen Donoghue (by)_         _9/28/05_
Counsel for WILFREDO TORRES         Date
EILEEN M. DONOGHUE

_Phillip J. Coppola (CHK)_     _9/28/05_
Counsel for LUIS D. SOUCLAT         Date
PHILIP J. COPPOLA

_J. Thomas Kerner (by)_        _9/28/05_
Counsel for WILBERTO BATISTA        Date
J. THOMAS KERNER

4

C

Counsel for JOSE ORTIZ-PEREZ

9/25/05

Date