# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                      CRIMINAL NO. 2005-10115-JLT

JOSE MORALES
    a/k/a "Melvin", a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFREDO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"
WILFREDO BATISTA
    a/k/a "Rafael Acevedo"
    a/k/a "Vinicio"
    a/k/a "Teodoro Andujar"
JOSE ORTIZ-PEREZ
    a/k/a "Carlos Ruben Cruz-DeJesus"
    a/k/a "Jhonny"
        Defendants.

# ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

**COLLINGS, U.S.M.J.**

Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on <u>TUESDAY, NOVEMBER 22, 2005 AT 3:00 P.M.</u> at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned.  If counsel files, *on or before the close of business on FRIDAY, NOVEMBER 18, 2005,* a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on MONDAY, NOVEMBER 21, 2005,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 28, 2005.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.