# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10115-JLT

JOSE MORALES
    a/k/a "Melvin", a/k/a "Gordo"
LUIS MORALES
    a/k/a "Gallito"
WILFREDO OFARRILL
    a/k/a "Jose Luis Figueroa-Ramos,"
    a/k/a "Nelson," a/k/a "Sonny"
DIXON PEREZ
    a/k/a "Nelson," a/k/a "Mario"
JOSE NICHOLSON
    a/k/a "Jaiba"
ROBERT MEDEIROS
    a/k/a "Bobby"
MIGUEL CASADO
    a/k/a "Chulo"
HERMAN M. MELO, JR.
BRIAN P. KEENAN
DAVID R. ROSONINA
WILFREDO TORRES
    a/k/a "Willow"
LUIS SOUCLAT
    a/k/a "Jaunito"
WILFREDO BATISTA
    a/k/a "Rafael Acevedo"
    a/k/a "Vinicio"
    a/k/a "Teodoro Andujar"
JOSE ORTIZ-PEREZ
    a/k/a "Carlos Ruben Cruz-DeJesus"
    a/k/a "Jhonny"
        Defendants.

# *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/21 - 26/2005 - Filing to ruling on Motion #109.

9/28/2005 - Conference held.

9/29 - 11/18/2005 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of November 18, 2005, FIVE (5) non-excludable days will have occurred leaving SIXTY-FIVE (65) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 28, 2005.