


FILED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

DEC - 2005

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 1, 2005

Hon. Robert. B. Collings
U.S. Magistrate Judge
District of Massachusetts

    Re:   *United States v. Jose Morales et al,* 05-10115-JLT
           CD Discovery at Walpole

Your Honor:

    Pursuant to the Court's Order on November 22, 2005, I am reporting to the Court on the issue raised by counsel for defendants NICHOLSON and CASADO regarding their clients' access to the CD wiretap discovery provided by the government to Cedar Junction - MCI Walpole.

    On November 22, 2005, I spoke with Deputy Superintendent Peter St. Amand of MCI Walpole. I informed him of the Court's order and the issue raised by defense counsel regarding their client's access to the CD discovery and the availability of computers to listen to and review the wiretap CD's. Deputy Superintendent St. Amand informed me that there are in fact computers at the facility's library which inmates are permitted to use in order to listen to and view discovery on CD's. Though inmates are not permitted to have the CD's in their individual cells, they can check them out in the Unit Teams Captain's Office. Deputy Superintendent St. Amand also informed me that attorney's are permitted to bring their own laptop computers to listen to and review the CD's with their clients. In order for this to occur, the attorneys need only make a written request to Deputy Superintendent St. Amand the day before. Deputy Superintendent Peter St. Amand informed me that the attorneys for the defendants could contact him

directly to make this arrangement.

                                         Sincerely,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                         Neil J. Gallagher, Jr.
                                         Assistant United States Attorney

cc:

**Victoria M. Bonilla-Argudo**
Bourbeau and Bonilla
77 Central St., 2nd Floor
Boston, MA 02109
Counsel for Jose Nicholson

**Elaine Pourinski**
13 Old South Street
Northampton, MA 01060
Counsel for Miguel Casado