UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   CR. No. 05-cr-10115-JLT<br>)<br>JOSE ORTIZ-PEREZ )<br>) | |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS**

The defendant, Jose Ortiz-Perez, hereby moves to extend the time to file substantive motions for 10 days, to March 13, 2006.  As grounds therefor, counsel states that he is in the process of reviewing the voluminous discovery in this case and intends to file motions to suppress, but needs the additional time requested to review the wiretap applications and affidavits in order to properly frame a motion to suppress wire interceptions.

The government assents to this motion.

Respectfully submitted,

/s David Duncan
David Duncan
(BBO #546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65A Atlantic Avenue
Boston, MA  02110
(617) 742-6020

March 2, 2006

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ David Duncan