UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )     CR. No. 05-cr-10115-JLT
                                    )
JOSE ORTIZ-PEREZ                    )
                                    )
_____ )

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS**

I, David Duncan, hereby depose and swear as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and admitted to the bar of this Court. I am also on this Court's CJA appointment list.

2. I was appointed to represent the defendant in the above-captioned case.

3. The government's case depends in part on a stop and search of the defendant which resulted in recovery of drugs, and on wiretaps. In order to prepare motions, I am in the process of reviewing voluminous discovery provided by the government in electronic form.

4. I have communicated with Assistant U.S. Attorney Neil Gallagher, and the government assents to this motion.

SUBSCRIBED UNDER PENALTIES OF PERJURY THIS $2^d$ DAY OF MARCH, 2006.

/s/ David Duncan
David Duncan
(BBO #546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65A Atlantic Avenue
Boston, MA  02110
(617) 742-6020

March 2, 2006

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ David Duncan