UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      :
                             :
          v.                 :
                             :  CRIMINAL NO. 05-10115-14-JLT
JOSE ORTIZ-PEREZ             :
                             :
          Defendant.         :

ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The United States respectfully moves this Court for an extension of time, until April 3, 2006, to respond to defendant's motion to suppress evidence filed on March 13, 2006. As grounds, the government submits that undersigned counsel is in the process of responding to two additional motions to suppress on the same case. Counsel for defendant assents to the granting of this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:    /s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
(617) 748-3397


Date:    March 24, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

<u>/s/ Neil J. Gallagher, Jr.</u>
Neil J. Gallagher, Jr.