UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 05-10115-JLT |
| | * | |
| JOSE MORALES, LUIS MORALES, | * | |
| JOSE LUIS FIGUEROA-RAMOS, | * | |
| DIXON PEREZ, JOSE NICHOLSON, | * | |
| ROBERT MEDEIROS, | * | |
| MIGUEL CASADO, HERMAN M. | * | |
| MELO, JR., BRIAN P. KEENAN, | * | |
| DAVID R. ROSANINA, WILFREDO | * | |
| TORRES, LUIS SOUCLAT, | * | |
| WILBERTO BATISTA, and JOSE | * | |
| ORTIZ-PEREZ, | * | |
| | * | |
| Defendants. | * | |

ORDER

March 27, 2006

TAURO, J.

After a Status Conference held on March 27, 2006, this court hereby orders that:

1. A Rule 11 Hearing for Defendant Herman M. Melo, Jr. will be held on April 13, 2006, at 11:15 a.m.;

2. A Rule 11 Hearing for Defendant Jose Nicholson will be held on April 13, 2006, at 11:15 a.m.;

3. A Further Conference for Defendants Miguel Casado and Jose Morales will be held on April 27, 2006, at 10:00 a.m.;

4. A Motion Hearing on Defendants Jose Ortiz-Perez and Brian Keenan's Motion to Suppress Wire Interceptions [# 156] will be held on May 23, 2006, at 10:00 a.m.;

5. A Motion Hearing on Defendant Luis Souclat's Motion to Suppress [# 152] will be held on May 23, 2006, at 2:30 p.m.;

6. A Motion Hearing on Defendant Wilberto Batista's Motion to Suppress Evidence [# 145] will be held on June 5, 2006, at 10:00 a.m.;

7. All Defendants remaining in the case will stand for Trial on October 23, 2006.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro    
United States District Judge