UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 05-10115-JLT |
| | * | |
| JOSE MORALES, LUIS MORALES, | * | |
| JOSE LUIS FIGUEROA-RAMOS, | * | |
| DIXON PEREZ, JOSE NICHOLSON, | * | |
| ROBERT MEDEIROS, | * | |
| MIGUEL CASADO, HERMAN M. | * | |
| MELO, JR., BRIAN P. KEENAN, | * | |
| DAVID R. ROSANINA, WILFREDO | * | |
| TORRES, LUIS SOUCLAT, | * | |
| WILBERTO BATISTA, and JOSE | * | |
| ORTIZ-PEREZ, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 25, 2006

TAURO, J.

After a Hearing held on May 23, 2006, this court hereby orders that:

1. Defendants Jose Ortiz-Perez and Brian Keenan's Motion to Suppress Wire Interceptions [# 156] is DENIED; and

2. Defendant Luis Souclat's Motion to Suppress [# 152] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge