UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 05-10115-JLT |
| | * | |
| JOSE MORALES, LUIS MORALES, | * | |
| JOSE LUIS FIGUEROA-RAMOS, | * | |
| DIXON PEREZ, JOSE NICHOLSON, | * | |
| ROBERT MEDEIROS, | * | |
| MIGUEL CASADO, HERMAN M. | * | |
| MELO, JR., BRIAN P. KEENAN, | * | |
| DAVID R. ROSANINA, WILFREDO | * | |
| TORRES, LUIS SOUCLAT, | * | |
| WILBERTO BATISTA, and JOSE | * | |
| ORTIZ-PEREZ, | * | |
| | * | |
| Defendants. | * | |

ORDER

October 11, 2006

TAURO, J.

After a Status Conference held on October 11, 2006, this court hereby orders that:

1. Defendant David Rosanina's Motion to Review Denial of Conditional Release (#196) is DENIED;

2. Defendant Jose Ortiz-Perez's Assented-to Motion to Continue Trial Date (#208) is ALLOWED. Defendant Miguel Casado's Motion to Continue Trial Date (#209) is ALLOWED. Defendant Wilfredo Torres's Motion to Continue Trial Date (#210) is ALLOWED. Trial is rescheduled for December 11, 2006 at 10:00 a.m.;

3. A Rule 11 hearing for all Defendants not going to trial will be held November 20, 2006, at 2:00 p.m.. NO CONTINUANCES;

4. The deadline for filing Motions in Limine is December 1, 2006, at 10:00 a.m.;

5. The Government will submit a witness list and estimated times of direct and cross-examination by December 7, 2006, at 12:00 p.m.;

6. Miguel Casado, David Rosanina, Wilfredo Torres, Jose Ortiz-Perez and all other Defendants remaining in this case after the November 20, 2006, Rule 11 Hearing will stand for Trial on December 11, 2006 at 10:00 a.m.. <u>NO CONTINUANCES</u>; and

7. A trial order will issue.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro     
United States District Judge