```
         UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              : CRIMINAL NO. 05-10115-JLT
ROBERT MEDERIOS et al         :
                              :
        Defendants.           :

## MOTION TO CONTINUE SENTENCING

The United States respectfully moves this Court to continue the Sentencing for defendants Robert Medeiros, David R. Rosanina, Brian Keenan, Luis D. Souclat, and Jose Ortiz-Perez, Brian Keenan from February 28, 2007 until June 4, 2007, or until another time that is agreeable to the parties and the Court.  As grounds, the government submits that the government has been delayed in providing U.S. Probation with its statement of relevant conduct.

                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                         By:  /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.
                              Assistant U.S. Attorney
                              (617) 748-3397



Date: February 6, 2007

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                        /s/ Neil J. Gallagher, Jr.
                                        Neil J. Gallagher, Jr.