UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JOSE ORTIZ-PEREZ    )<br>) | CR. No. 05-cr-10115-JLT |

**DEFENDANT JOSE ORTIZ-PEREZ' ASSENT TO
GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE**

The defendant, Jose Ortiz-Perez, assents to the government's motion to continue the sentencing date to June 4, 2007.

The defendant further states that the additional time will enable him to gather letters from relatives for sentencing.

Respectfully submitted,

/s David Duncan
David Duncan
(BBO #546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65A Atlantic Avenue
Boston, MA  02110
(617) 742-6020

February 8, 2007

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ David Duncan