To: The Honorable Judge
From: Wanda Garcia
September 17, 2007

Dear Honorable Judge,

    My name is Wanda Garcia. I'm the mother of two of his kid and although Jose Ortiz Perez has made many mistakes, one thing he hasn't made a mistake in is been a good father, son and brother. The reason he had made so many mistakes is because he comes from a very poor family ever since he was young he was head of the household. He had to drop out of school because of his parents illness and to help out his brothers and sisters. His parents and his three brother's were very sick...out of his three brothers he has already lost two because his family couldn't afford to pay there own medical bills and medication. They were so poor that couldn't even afford the three meals a person need a day. He is the type of person that he would stop eating just so his brother's and sister's could eat. although his conscious of the mistakes he has made in his life, I would like you to realize that he only did it to help support his family. And as to his kids he has always been a great father. Even if he didn't have money he would always, at least, call to find out about his kids. And there well-being and to make sure that they were good housewise and in school. I am a single mother of four children and I have struggle to take care of my kids on my own. About a year ago I was diagnosed with first step of leukemia. Ever since I've been getting treatment every month. Thank God I have a couple of good friends what when I get my treatments they always come and help me with my kids the treatment makes me very weak, sometimes I can't even make my kids dinner but my friends come a make sure that my kids eat and go to school. With all this said I hope that you could take this letter into consideration. This is a plea of single sick mom, who just wants to make sure her kids are taken

care of if anything was to happen. Thank you. Sorry if I cause any conveniences.

                                                  Sincerely,

                                                  Wanda Garcia

Dear Honorable Judge,

My name is Wanda Garcia. I'm the mother of two of his kids and although Jose Cintron Perez has made many mistakes, one thing he hasn't made a mistake in is been a good father, son and brother. The reason he had made so many mistakes is because he comes from a very poor family. Ever since he was young he was head of household. He had to drop out of school because of his parents illness and to help out his brothers and sisters. His parents and his three brothers were very sick. Out of his three brothers he has already lost two because his family couldn't afford to pay their own medical bills and medication. They were so poor that couldn't even afford the three meals a person need a day. He is the type of person that he would stop eating just so his brothers and sisters could eat. Although his conscience of the mistakes he has made in his life, I would like you to realize that he only did it to help support his family. And as to his kids he has always been a great father. Even if he didn't have money he would always, at least, call to find out about his kids. And their well-being and to make sure that they were good

housewise and in school. I am a single mother of four children and I have struggle to take care of my kids on my own. About 2 years ago I was diagnosed with first step of leukemia ever since I've been getting treatment every month. I have had I have a couple of good friends that when I get my treatments they always come and help me with my kids the treatment makes me very weak, sometimes I can't even make my kids dinner but my friends come a make sure that my kids eat and go to school. With all this said I hope that you could take this letter into consideration. This is a plea of a single sick mom, who just wants to make sure her kids are taken care of is anything was to happen. Thank you. Sorry if I cause any inconveniences.

Sincerely,
Wanda Lucio