To: The Honorable Judge
From: Johanna
September 17, 2007

Dear Honorable Judge,

My name is Johanna, I am 22 years old, I am his older daughter. I'm writting this letter in behalf of me and my brother's and sister's to let you know that my father is the best of all the father. Even though that he grow up with no opportunity to improved him self. Because he had to support his parents that where ill and couldn't work. He was the head of household in his home. He had two mertatly chanilenged brother's of whom he looked after. He always spoke to us about alway having a goal in are life so our future will not turn out like his. That's why I as the oldest have always try to give the example to my sibblings to stay in school and graduate just like I did. I staiting since I was a minor so I could save up for when I went to college. Thank to the advise that my father gave me I am now in my third year of college for industrial lactose. And know in the circunstance that my father is in he can't pay for my grandmother medical treatment so now I have to work hard and go to school so I could by her medication. My grandmother tells me to have faith in God because God is the only one that could judge him in his mistake that he has done in other for his family to survive. Even though thire is 9 sibblings. I worried the most about my two youngest brother and sister because the other ones are already adult. My little brother Jhovanny (13), has always been very attached to my father. Is suffring what my father is going there. He would be very pleased to see our father by his side once again. I hope you take this letter in to consideration. I'm sorry for any inconvenience this letter may cause.

Sincerly,

Johanna

Dear Honorable Judge

My name is Johanna, I am 22 years old, I am his older daughter. I'm writting this letter in behalf of me and my brother's and sister's to let you know that my Father is the best of all the Father. even though that he grow up with no opportunity to improved him self. because he had to support his parents that where ill and couldn't work. he was the head of household in his home. he had two mertally chanilenged brother's of whom he looked after. He always spoke to us about alway having a goal in are life so our future will not turn out like his. That's why I as the oldest have alway try to give the example to my siblings, to stay in school and graduate Just like I did. I steirting since I was a minor so I could save up for when I went to college. thank to the advise that my Father gave me I am now in my third year of college for Industrial lactose. and know in the circumtance that my Father is in he can't pay for my grandmother medical treatment so now I have to work hard and go to school so I could by her medication. My grandmother tells me to have faith in god because God is the only one that could Judge him in his mistake that he has done in other for his Family to survive. even though thire is 9 sibblings. I worried the most about my two goungest brother and sister because the other ones are already adult. my little brother Jhouanny (13), has always been very attached to my Father. Is suffring what my father is going there. he would be very pleased to see our father by his side once again. I hope you take this letter in to consideration. I'm sorry for any inconvenience this letter may cause.

Sincerly

Johanna