To: The Honorable Judge
From: Jhovanny and Yailenys
September 17, 2007

Dear Honorable Judge,

    I am 13 year old, my name is Jhovanny and I'm writting this letter on behalf of my self and my sister Yailenys. I wanted to write you and let you know our feeling as son and daughter. I am a challenged little boy, with many problems, but, my biggest problems is how much I mis my father. My biggest dream is to be a professional baseball player. I remember when my father used to take me to the park to help teach me and help me practia playing baseball. I really miss that because we used to have so much fun and it was like he was helping me by walking me thru the little steps. Every year for our birthdays and christmas he would always call and be there for us. Me and my sister really miss out dad and we hope that some day we can have those good time come back. Thank you for your time.

                                            Sincerly,

                                            Jhovanny and Yailenys

Dear Honorable Judge,

I am 13 year old, my name is Jhovanny and I'm writting this letter on behalf of my self and my sister Yailenys. I wanted to write to you and let you know our feeling as son and daughter. I am a challenged little boy with many problems, but my biggest problems is how much I mis my father. My biggest dream is to be a Professional baseball player. I remember when my father used to take me to the park to help teach me and help me practice playing baseball. I really miss that because we used to have so much fun and it was like he was helping me by walking me thru the little steps. Every year for our birthdays and christmas he would always call and be there for us. Me and my sister really miss our dad and we hope that some day we can have those good time come back. Thank you for your time.

Sincerly
Jhovanny
and Yailenys