To Whom It May Concern:

My name is Jolaine Villalona, daughter of Jose Ortiz Perez and I'm only 17 years old. My father has been in jail ever since I was in the 8th grade. The last time I saw him was during my 8th grade prom and that was the last time he put a smile on my face. Before he went to jail, we had a very good father/daughter relationship. What I mean is, we would go out to places and have so much fun together. He would take me out to eat, and we would go shopping at our favorite stores. He would take me to places I had never gone before.

My father has always tried his best to keep his children safe and in the best of health. He has also made us happy when we were sad. To be honest, it's really hard not having a father around, not only for me but also for my mother. She has four children to take care of and it's very complicated.

I think about him all of the time and, it hurts me day and night thinking that I won't have him anymore. I'm still young and I believe that I really need him in my life. It kills me even more when I go home and don't have the chance to see or hear from him. I always ask myself, "Why can't he be here."

There are children in this world have who are fortunate enough to have their father living with them, but they do not appreciate it. On the other hand there are children, like myself, who need a father in their life. I feel as though that privilege has been taken away from me.

I miss him a lot and so do his other children. Before I go to sleep I pray to God to wake up the next morning and see him standing in front of me with a smile on his face. Hopefully there will be a day where my dream will come true.

I wasn't able to have my sweet 15(quinceanero) because he wasn't around, this is a tradition known to be a family event, and he wasn't there to attend. For girls, a sweet 15 is the time in their life when they are presented to the community as young ladies, instead of girls. The young Quinceanera (who could have been me) is accompanied by a head

chamberlain, other chamberlains, maid of honors, and her godparents and of course, her loving mother and father.

Since I wasn't able to have my quinceanero it is really important to me that he attend my high school graduation. I wouldn't want him to miss that. Having my father there, being proud of what I've accomplished would be a dream come true. My father has always told me how important education is, he has encouraged me and given me the strength to believe I can continue in to college. I plan to go to college because I want to become a lawyer or judge so I can defend children's rights. He is the only one who can help me pay my way into college.

He means a lot to me because he has been an important part of my life fe before he went to jail and I really miss him. If it wasn't because of him I probably wouldn't be the person I am today. I used to visit my father when he was in the House of Correctional in Dartmouth and I found that very difficult to deal with. It brings back memories of him being behind bars and it hurts me to remember the face expression he would have as soon as I walked in.

Thank you for taking time to read my letter and I hope you take it into consideration.

*Any questions feel free to contact me at 508-679-0156

Sincerely,
Jolaine Villafona