CaBETITION-UNDER 28 USC Document 33 ACATE filed 09/09/2008 OR CORRECT 6 Page 1 of 6

AO 243 (Rev. 2/95)

MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District | Magistrate _ _ _ _ |
|---|---|---|

| Name of Movant | Jose Ortiz Perez | Prisoner No. 24014-038 | Case No. 1 05 CR 10115-14 |
|---|---|---|---|

| Place of Confinement | La Tuna Federal Correctional Institution |
|---|---|

| UNITED STATES OF AMERICA | V. Jose Ortiz Perez. |
|---|---|
| | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack ___ U S Dist Court

   Dist of Massachustes , Boston , Massachustes

2. Date of judgment of conviction ___ 9 / 24 / 07

3. Length of sentence ___ 121 months

4. Nature of offense involved (all counts) ___ 21 USC §§ 846, 841 (a)(1),

   (b)(1)(A)(i) and 21 USC § 541 (a)(1) , 18 USC

   § 2

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

9. If you did appeal, answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐        No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐        No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes ☐        No ☐
(2) Second petition, etc.        Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _____ Attorney misconduct , misrepresentation _____

Supporting FACTS (state *briefly* without citing cases or law)

Did not call Jenks or Franks hearing on fact that car was not mine, not registered to me, and told me he tried to impeach testimony - but there are no records to support what he told me.

B.    Ground two: Denial of Effective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) Attorney did not investigate, interview all government and defense witnesses to use at trial, made coersive remarks to prevent me from affirmative defenses. Said I would get 30 years to life unless I took a deal.

C.    Ground three: Denial of Appeal

Supporting FACTS (state *briefly* without citing cases or law) I told my Attorney I wanted to appeal. He told me I am not allowed to appeal and he was not my attorney anymore to do appeal anyway.

D.   Ground four: _Ineffective Assistance of Counsel_
_We threatened into false plea deal._

Supporting FACTS (state *briefly* without citing cases or law) _Was told I must_
_take an open plea, we met 3 or_
_4 times only to discuss a plea_
_deal, I was threatened many times_
_with life. He said prosecutor did not_
_want to give me a deal, but he_
_(my attorney) said he got this deal only._

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _John Valerio. - State before_
    _it became federal        Lawrence, MA._

    (b) At arraignment and plea _David Duncan - GA Atlantic_
    _Ave Boston MA 02110_

    (c) At trial _David Duncan_

    (d) At sentencing _David Duncan_

    _____

(e) On appeal _____ None _____

_____

(f) In any post-conviction proceeding _____ None _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ None _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ☒     No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐     No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

    (b) Give date and length of the above sentence: _____

_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

       Yes ☐     No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
                        Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9-24-08
(Date)

_____
                        Signature of Movant