# United States District Court

DISTRICT OF _____

V.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, _____, declare that I am the (check appropriate box)

☐ petitioner/plaintiff        ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant        ☐ _____
                                    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes ☐   No ☒
   b. Rent payments, interest or dividends?                     Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☐   No ☒

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned. Approx: 1,363 ᵒᵒ

   Last twelve months $ JOSE ORTIZ

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-29-08                    _Dale Ortiz_____
              (Date)                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 180.32 on account to his credit at the FCI LA TUNA Inmate Account institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: n/a

I further certify that during the last __ months the applicant's average balance was $ 681.50

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge   Date | United States Judge   Date |
|  | or Magistrate |

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 25694038 | Current Institution: | La Tuna FCI |
| Inmate Name: | ORTIZ-PEREZ, JOSE | Housing Unit: | LAT-F-A |
| Report Date: | 08/29/2008 | Living Quarters: | F03-112L |
| Report Time: | 9:34:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6872 |
| PAC #: | 304071963 |
| FRP Participation Status: | Participating |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 10/18/2007 |
| Local Account Activation Date: | 12/22/2007 3:33:07 AM |
| Sort Codes: | |
| Last Account Update: | 8/28/2008 12:38:08 PM |
| Account Status: | Active |
| Phone Balance: | $0.22 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $50.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $180.32 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $180.32 |
| National 6 Months Deposits: | $681.50 |
| National 6 Months Withdrawals: | $502.00 |
| National 6 Months Avg Daily Balance: | $58.20 |
| Local Max. Balance - Prev. 30 Days: | $300.32 |
| Average Balance - Prev. 30 Days: | $237.22 |

# All Transactions



| Inmate Reg #: | 25694038 | Current Institution: | La Tuna FCI |
| --- | --- | --- | --- |
| Inmate Name: | ORTIZ-PEREZ, JOSE | Housing Unit: | LAT-F-A |
| Report Date: | 08/29/2008 | Living Quarters: | F03-112U |
| Report Time: | 9:41:26 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 8/28/2008 12:38:08 PM | Phone Withdrawal | ($5.00) | TFN0828 | | $180.32 |
| 8/19/2008 2:46:16 PM | Phone Withdrawal | ($3.00) | TFN0819 | | $185.32 |
| 8/19/2008 10:36:10 AM | Phone Withdrawal | ($2.00) | TFN0819 | | $188.32 |
| 8/18/2008 6:28:12 PM | Phone Withdrawal | ($10.00) | TFN0818 | | $190.32 |
| 8/17/2008 6:00:55 AM | Phone Withdrawal | ($22.00) | TFN0817 | | $200.32 |
| 8/16/2008 12:36:29 PM | Phone Withdrawal | ($10.00) | TFN0816 | | $222.32 |
| 8/16/2008 6:01:12 AM | Phone Withdrawal | ($15.00) | TFN0816 | | $232.32 |
| 8/15/2008 11:47:15 AM | Phone Withdrawal | ($3.00) | TFN0815 | | $247.32 |
| 8/15/2008 8:33:14 AM | Phone Withdrawal | ($5.00) | TFN0815 | | $250.32 |
| 8/11/2008 7:36:49 PM | Phone Withdrawal | ($5.00) | TFN0811 | | $255.32 |
| 8/10/2008 2:24:26 PM | Phone Withdrawal | ($2.00) | TFN0810 | | $260.32 |
| 8/10/2008 7:51:51 AM | Phone Withdrawal | ($3.00) | TFN0810 | | $262.32 |
| 8/9/2008 6:34:38 AM | Phone Withdrawal | ($5.00) | TFN0809 | | $265.32 |
| 8/9/2008 6:20:57 AM | Phone Withdrawal | ($10.00) | TFN0809 | | $270.32 |
| 8/8/2008 10:10:37 PM | Phone Withdrawal | ($4.00) | TFN0808 | | $280.32 |
| 8/6/2008 7:33:23 PM | Phone Withdrawal | ($3.00) | TFN0806 | | $284.32 |
| 8/5/2008 5:09:54 PM | Phone Withdrawal | ($3.00) | TFN0805 | | $287.32 |
| 8/5/2008 10:31:03 AM | Phone Withdrawal | ($2.00) | TFN0805 | | $290.32 |
| 8/4/2008 8:32:52 AM | Phone Withdrawal | ($2.00) | TFN0804 | | $292.32 |
| 8/3/2008 10:05:20 PM | Phone Withdrawal | ($3.00) | TFN0803 | | $294.32 |
| 8/3/2008 12:28:53 PM | Phone Withdrawal | ($3.00) | TFN0803 | | $297.32 |
| 7/29/2008 6:34:26 PM | Phone Withdrawal | ($2.00) | TFN0729 | | $300.32 |
| 7/28/2008 7:05:04 PM | Western Union | $300.00 | 33321608 | | $302.32 |
| 7/28/2008 4:48:40 PM | Phone Withdrawal | ($1.00) | TFN0728 | | $2.32 |
| 7/27/2008 5:46:15 PM | Phone Withdrawal | ($2.00) | TFN0727 | | $3.32 |
| 7/24/2008 10:59:11 AM | Phone Withdrawal | ($5.00) | TFN0724 | | $5.32 |
| 7/23/2008 9:33:28 PM | Phone Withdrawal | ($5.00) | TFN0723 | | $10.32 |
| 7/23/2008 11:52:21 AM | Phone Withdrawal | ($5.00) | TFN0723 | | $15.32 |
| 7/22/2008 9:52:44 PM | Phone Withdrawal | ($5.00) | TFN0722 | | $20.32 |
| 7/21/2008 10:06:43 PM | Phone Withdrawal | ($1.00) | TFN0721 | | $25.32 |
| 7/21/2008 6:16:33 PM | Sales | ($50.45) | 49 | | $26.32 |
| 7/20/2008 10:37:18 PM | Phone Withdrawal | ($2.00) | TFN0720 | | $76.77 |
| 7/19/2008 7:59:35 AM | Phone Withdrawal | ($3.00) | TFN0719 | | $78.77 |
| 7/18/2008 9:59:14 PM | Phone Withdrawal | ($4.00) | TFN0718 | | $81.77 |
| 7/15/2008 10:34:52 AM | Phone Withdrawal | ($5.00) | TFN0715 | | $85.77 |
| 7/14/2008 1:56:51 PM | Phone Withdrawal | ($5.00) | TFN0714 | | $90.77 |
| 7/14/2008 10:32:23 AM | Phone Withdrawal | ($5.00) | TFN0714 | | $95.77 |
| 7/12/2008 5:48:13 PM | Phone Withdrawal | ($5.00) | TFN0712 | | $100.77 |
| 7/12/2008 5:03:50 PM | Western Union | $100.00 | 33320508 | | $105.77 |
| 7/9/2008 9:32:20 AM | Payroll - IPP | $5.25 | HIPP0608 | | $5.77 |
| 6/11/2008 6:27:47 AM | Phone Withdrawal | ($5.00) | TFN0611 | | $0.52 |
| 6/10/2008 2:53:22 PM | FRP Quarterly Pymt | $0.00 | H002075 | | $5.52 |
| 6/10/2008 2:52:19 PM | Payroll - IPP | $5.25 | HIPP0508 | | $5.52 |
| 5/24/2008 4:53:44 PM | Phone Withdrawal | ($5.00) | TFN0524 | | $0.27 |
| 5/21/2008 11:33:10 AM | Phone Withdrawal | ($5.00) | TFN0521 | | $5.27 |
| 5/17/2008 6:48:18 PM | Phone Withdrawal | ($5.00) | TFN0517 | | $10.27 |
| 5/17/2008 11:20:15 AM | Phone Withdrawal | ($4.00) | TFN0517 | | $15.27 |
| 5/15/2008 6:56:31 PM | Sales | ($46.15) | 111 | | $19.27 |
| 5/15/2008 1:41:09 PM | Phone Withdrawal | ($5.00) | TFN0515 | | $65.42 |
| 5/14/2008 7:06:49 PM | Western Union | $70.00 | 33316308 | | $70.42 |

1 2 3

## All Transactions



| Inmate Reg #: | 25694038 | Current Institution: | La Tuna FCI |
|---|---|---|---|
| Inmate Name: | ORTIZ-PEREZ, JOSE | Housing Unit: | LAT-1-A |
| Report Date: | 08/29/2008 | Living Quarters: | F03-112U |
| Report Time: | 9:42:05 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/12/2008 6:02:22 PM | Phone Withdrawal | ($5.00) | TFN0512 | | $0.42 |
| 5/12/2008 9:51:02 AM | Payroll - IPP | $5.25 | HIPP0408 | | $5.42 |
| 4/13/2008 11:46:39 AM | Phone Withdrawal | ($3.00) | TFN0413 | | $0.17 |
| 4/10/2008 7:22:00 PM | Sales | ($53.05) | 127 | | $3.17 |
| 4/10/2008 9:06:19 AM | Payroll - IPP | $5.25 | HIPP0308 | | $56.22 |
| 4/9/2008 8:05:16 PM | Western Union | $50.00 | 33313808 | | $50.97 |
| 4/8/2008 5:54:07 PM | Phone Withdrawal | ($5.00) | TFN0408 | | $0.97 |
| 4/6/2008 1:52:27 PM | Phone Withdrawal | ($5.00) | TFN0406 | | $5.97 |
| 4/4/2008 12:12:33 PM | Phone Withdrawal | ($5.00) | TFN0404 | | $10.97 |
| 3/29/2008 12:31:55 PM | Phone Withdrawal | ($5.00) | TFN0329 | | $15.97 |
| 3/28/2008 5:33:14 PM | Phone Withdrawal | ($5.00) | TFN0328 | | $20.97 |
| 3/25/2008 6:00:50 PM | Phone Withdrawal | ($3.00) | TFN0325 | | $25.97 |
| 3/24/2008 11:18:25 AM | Phone Withdrawal | ($2.00) | TFN0324 | | $28.97 |
| 3/23/2008 9:18:51 AM | Phone Withdrawal | ($3.00) | TFN0323 | | $30.97 |
| 3/23/2008 7:55:06 AM | Phone Withdrawal | ($2.00) | TFN0323 | | $33.97 |
| 3/22/2008 8:53:01 AM | Phone Withdrawal | ($9.00) | TFN0322 | | $35.97 |
| 3/22/2008 8:48:24 AM | Phone Withdrawal | ($3.00) | TFN0322 | | $44.97 |
| 3/21/2008 6:52:49 PM | Phone Withdrawal | ($3.00) | TFN0321 | | $47.97 |
| 3/16/2008 6:24:00 PM | Phone Withdrawal | ($10.00) | TFN0316 | | $50.97 |
| 3/15/2008 12:37:30 PM | Phone Withdrawal | ($8.00) | TFN0315 | | $60.97 |
| 3/15/2008 12:23:51 PM | Phone Withdrawal | ($3.00) | TFN0315 | | $68.97 |
| 3/12/2008 5:32:12 PM | Sales | ($43.35) | 15 | | $71.97 |
| 3/11/2008 9:47:44 PM | Phone Withdrawal | ($4.00) | TFN0311 | | $115.32 |
| 3/11/2008 4:50:58 PM | Phone Withdrawal | ($2.00) | TFN0311 | | $119.32 |
| 3/9/2008 8:04:46 AM | Phone Withdrawal | ($10.00) | TFN0309 | | $121.32 |
| 3/9/2008 8:00:13 AM | Phone Withdrawal | ($3.00) | TFN0309 | | $131.32 |
| 3/8/2008 11:13:30 AM | Phone Withdrawal | ($5.00) | TFN0308 | | $134.32 |
| 3/8/2008 8:29:48 AM | Phone Withdrawal | ($2.00) | TFN0308 | | $139.32 |
| 3/7/2008 2:45:02 PM | Payroll - IPP | $5.25 | HIPP0208 | | $141.32 |
| 3/7/2008 2:44:56 PM | Payroll - IPP | $5.25 | HIPP0208 | | $136.07 |
| 3/6/2008 6:04:25 PM | Western Union | $130.00 | 33311408 | | $130.82 |
| 2/28/2008 5:21:33 PM | Phone Withdrawal | ($2.00) | TFN0228 | | $0.82 |
| 2/26/2008 10:31:58 AM | Phone Withdrawal | ($2.00) | TFN0226 | | $2.82 |
| 2/24/2008 1:16:21 PM | Phone Withdrawal | ($2.00) | TFN0224 | | $4.82 |
| 2/23/2008 12:38:09 PM | Phone Withdrawal | ($3.00) | TFN0223 | | $6.82 |
| 2/23/2008 8:15:27 AM | Phone Withdrawal | ($3.00) | TFN0223 | | $9.82 |
| 2/21/2008 7:03:48 PM | Sales | ($58.00) | 88 | | $12.82 |
| 2/19/2008 11:04:04 AM | Western Union | $50.00 | 33310208 | | $70.82 |
| 2/18/2008 11:03:43 AM | Phone Withdrawal | ($4.00) | TFN0218 | | $20.82 |
| 2/17/2008 5:52:35 PM | Phone Withdrawal | ($2.00) | TFN0217 | | $24.82 |
| 2/16/2008 1:57:46 PM | Phone Withdrawal | ($2.00) | TFN0216 | | $26.82 |
| 2/12/2008 1:23:36 PM | Phone Withdrawal | ($2.00) | TFN0212 | | $28.82 |
| 2/9/2008 2:31:35 PM | Phone Withdrawal | ($7.00) | TFN0209 | | $30.82 |
| 2/6/2008 5:08:28 PM | Phone Withdrawal | ($3.00) | TFN0206 | | $37.82 |
| 2/1/2008 2:46:15 PM | Phone Withdrawal | ($3.00) | TFN0201 | | $40.82 |
| 2/1/2008 7:52:18 AM | Phone Withdrawal | ($2.00) | TFN0201 | | $43.82 |
| 1/31/2008 7:52:34 PM | Phone Withdrawal | ($5.00) | TFN0131 | | $45.82 |
| 1/31/2008 7:02:03 PM | Phone Withdrawal | ($5.00) | TFN0131 | | $50.82 |
| 1/30/2008 4:47:52 PM | Phone Withdrawal | ($3.00) | TFN0130 | | $55.82 |
| 1/26/2008 8:56:25 AM | Phone Withdrawal | ($5.00) | TFN0126 | | $58.82 |

1 2 3

# All Transactions



| Inmate Reg #: | 25694038 | Current Institution: | La Tuna FCI |
|---|---|---|---|
| Inmate Name: | ORTIZ-PEREZ, JOSE | Housing Unit: | LAT-F-A |
| Report Date: | 08/29/2008 | Living Quarters: | F03-112U |
| Report Time: | 9:42:48 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/25/2008 4:52:22 PM | Phone Withdrawal | ($2.00) | TFN0125 | | $63.82 |
| 1/24/2008 6:53:10 PM | Sales | ($4.10) | 99 | | $65.82 |
| 1/24/2008 6:51:23 PM | Sales | ($46.70) | 97 | | $69.92 |
| 1/23/2008 10:53:57 AM | Phone Withdrawal | ($2.00) | TFN0123 | | $116.62 |
| 1/22/2008 6:31:07 PM | Phone Withdrawal | ($2.00) | TFN0122 | | $118.62 |
| 1/19/2008 10:29:09 PM | Phone Withdrawal | ($4.00) | TFN0119 | | $120.62 |
| 1/17/2008 5:42:53 PM | Phone Withdrawal | ($3.00) | TFN0117 | | $124.62 |
| 1/17/2008 1:40:12 PM | Phone Withdrawal | ($3.00) | TFN0117 | | $127.62 |
| 1/16/2008 6:19:49 PM | Sales | ($110.20) | 53 | | $130.62 |
| 1/14/2008 5:09:03 PM | Western Union | $100.00 | 33307608 | | $240.82 |
| 1/12/2008 5:48:13 PM | Phone Withdrawal | ($5.00) | TFN0112 | | $140.82 |
| 1/12/2008 9:04:09 AM | Phone Withdrawal | ($2.00) | TFN0112 | | $145.82 |
| 1/11/2008 11:15:18 AM | Phone Withdrawal | ($3.00) | TFN0111 | | $147.82 |
| 1/10/2008 6:02:50 PM | Phone Withdrawal | ($4.00) | TFN0110 | | $150.82 |
| 1/9/2008 5:04:52 PM | Western Union | $150.00 | 33307308 | | $154.82 |
| 1/3/2008 6:43:50 PM | Sales | ($38.60) | 74 | | $4.82 |
| 1/2/2008 7:49:03 AM | Phone Withdrawal | ($2.00) | TFN0102 | | $43.42 |
| 12/31/2007 7:41:45 PM | Phone Withdrawal | ($2.00) | TFN1231 | | $45.42 |
| 12/31/2007 11:19:52 AM | Phone Withdrawal | ($3.00) | TFN1231 | | $47.42 |
| 12/30/2007 6:22:34 PM | Phone Withdrawal | ($6.00) | TFN1230 | | $50.42 |
| 12/29/2007 7:24:59 PM | Phone Withdrawal | ($4.00) | TFN1229 | | $56.42 |
| 12/28/2007 6:02:44 PM | Phone Withdrawal | ($4.00) | TFN1228 | | $60.42 |
| 12/22/2007 3:33:07 AM | Transfer - In from TRUFACS | $64.42 | TX122207 | | $64.42 |
| 10/26/2007 4:05:16 AM | Transfer - Out to TRUFACS | $0.00 | TX102607 | | $0.00 |

1 2 3